AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| Gene R. Chance | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No. 1:16-cv-00376 |
| E. I. Du Pont De Nemours and Co. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

**COPY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  E. I. Du Pont De Nemours and Co.  by and through its Registered Agent CT Corp
System, 1999 Bryan Street, Ste. 900, Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   John Werner
Reaud, Morgan & Quinn LLP
801 Laurel Street
P.O. Box 26005
Beaumont, Texas 77720-6005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date:  **9/2/16**

CLERK OF COURT

_David A. O'Toole_

_Signature of Clerk or Deputy Clerk_