AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* E. I. Du Pont De Nemours and Co.

was received by me on *(date)* September 12, 2016 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: via USPS CM/RRR # 7016 0910 0000 2033 6965

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 16 2016
BY
DEPUTY

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/16/2016

*Server's signature*

Samantha Reeves, Legal Assistant

*Printed name and title*

801 Laurel St., Beaumont, Texas 77701

*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

*Samantha Reeves*
Paralegal
**Reaud, Morgan & Quinn, LLP**
P.O. Box 26005
Beaumont, Texas 77720

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corp System
Re: E.I. Du Pont de Nemours & Co.
1999 Bryan St. Ste. 900
Dallas, TX 75201

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* **Chris Wells**
C. Date of Delivery SEP 08 2016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 12 2016
BY:

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7016 0910 0000 2033 6965

PS Form 3811, July 2013 Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

Gene R. Chance

*Plaintiff(s)*

v.

E. I. Du Pont De Nemours and Co.

*Defendant(s)*

Civil Action No. 1:16-cv-00376

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* E. I. Du Pont De Nemours and Co. by and through its Registered Agent CT Corp System, 1999 Bryan Street, Ste. 900, Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Werner
Reaud, Morgan & Quinn LLP
801 Laurel Street
P.O. Box 26005
Beaumont, Texas 77720-6005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

UNITED STATES DISTRICT COURT ★ EASTERN DISTRICT OF TEXAS ★

Date: 9/2/16

David A. O'Toole

*Signature of Clerk or Deputy Clerk*