| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| KENNETH COOK, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:17-CV-333 |
| | § | |
| E.I. DU PONT DE NEMOURS AND COMPANY, | § § | |
| | § | |
| Defendant. | § | |

## ORDER OF CONSOLIDATION

The parties' Unopposed Motion to Consolidate Related Cases (#65) is GRANTED. Accordingly, the above-styled action is consolidated into Civil Action No. 1:16-CV-376, the lead case. All pleadings and correspondence by the parties shall be submitted under the style and number of Civil Action No. 1:16-CV-376.

SIGNED at Beaumont, Texas, this 9th day of October, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE