| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

GENE CHANCE, ET AL., §
    Plaintiffs, §
§ CASE NO.  1:16-CV-00376-MAC
*versus* §
§
E. I. DU PONT DE NEMOURS AND §
COMPANY, §
    Defendants. §

## ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

Pending before the court is the parties' "Joint Motion for Preliminary Approval of Settlement and to Certify Rule 23 Classes for Settlement Purposes Only." Doc. No. 133. The court preliminarily finds that the settlement is fair and reasonable to all parties, reflects an arms-length negotiation and compromise of disputed claims, and should be approved.

It is, therefore, **ORDERED** that the parties' "Joint Motion to Preliminarily Approve the Settlement" (Doc. No. 133) is **GRANTED** and this court **CERTIFIES** for settlement purposes only the Rule 23 settlement classes.  The parties shall issue notice to the Rule 23 settlement classes in accordance with the terms of the Agreement.

It is further **ORDERED** that a fairness hearing be set before United States Magistrate Judge Zack Hawthorn for **Tuesday, February 26, 2019 at 10:00 a.m**. in Courtroom Four, Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas 77701.

SIGNED at Beaumont, Texas, this 28th day of November, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE