# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

GENE CHANCE, ET AL.,
                Plaintiffs,

*versus*

E. I. DU PONT DE NEMOURS AND COMPANY,
                Defendants.

Case No. 1:16-CV-00376-MAC

## DECLARATION OF JENNIFER KEOUGH REGARDING SETTLEMENT ADMINISTRATION

I, JENNIFER M. KEOUGH, declare and state as follows:

1.      I am Chief Executive Officer of JND Legal Administration ("JND"). The following statements are based on my personal knowledge and information provided to me by other JND employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2.      JND is serving as the Settlement Administrator in the above-captioned litigation for the purposes of administering the parties' Settlement Agreement and Release ("Settlement Agreement"), preliminarily approved in the Court's Order dated November 28, 2018.

-1-

DECLARATION OF JENNIFER M. KEOUGH

3.     JND is a legal administration services provider with its headquarters located in Seattle, Washington.  JND has extensive experience in all aspects of legal administration, and has administered settlements in hundreds of cases.

## DATA TRANSFER

4.     On November 29, 2018, Defendants' Counsel provided JND with an electronic file containing the names, last-known mailing addresses, and relevant employment information for 627 unique Rule 23 Class Members. The Class Member data was promptly loaded into a database established for this Action.

## DISSEMINATION OF NOTICE

5.     Pursuant to the terms of the Settlement Agreement, on December 10, 2018, JND mailed the court-approved Notice via first-class regular U.S. mail to the 627 Settlement Class Members. Prior to mailing, JND updated 61 Class Member addresses using the USPS National Change of Address database[1]. The Notice informed Class Members of their rights in the settlement and the deadlines for submitting a claim form or requesting exclusion from, or objecting to, the Settlement.

6.     During the notice period, JND received 32 Notices from the December 10, 2018 mailing that were returned as undeliverable without a forwarding address.

7.     JND also established a toll-free phone number which Class Members could call to ask questions about the settlement or request a re-mailing of the Notice.  As of the date of this declaration, JND has received 13 calls to this number.

---

[1] The NCOA database is the official United States Postal Service ("USPS") technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream. This product is an effective tool to update address changes when a person has completed a change of address form with the USPS. The address information is maintained on the database for 48 months.

-2-

DECLARATION OF JENNIFER M. KEOUGH

1

## CLAIMS

2

3      8.    The deadline for Class Members to submit a claim form was a postmark

4   deadline of January 24, 2019.

5      9.    As of the date of this declaration, JND has received 189 claims, all of

6   which are timely and valid.

7                                    ## OBJECTIONS

8

9      10.    The deadline for Class Members to submit an objection to the Settlement

10   was a postmark deadline of January 24, 2019.

11      11.    As of the date of this declaration, JND has received no objections to the

12   Settlement.

13                            ## REQUESTS FOR EXCLUSION

14

15      12.    The deadline for Class Members to submit a request to be excluded from

16   the Settlement was a postmark deadline of January 24, 2019.

17      13.    As of the date of this declaration, JND has received four requests for

18   exclusion, which are attached hereto as Exhibit A.

19

20      I declare under the penalty of perjury pursuant to the laws of the United States of

21   America and the State of Washington that the foregoing is true and correct.

22

23      Executed on February 12 , 2019, at Seattle, Washington.

24

25                                    _Jenn J. M. Keough_

26                                    JENNIFER M. KEOUGH

27

28

-3-

DECLARATION OF JENNIFER M. KEOUGH